UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUMINTRIUS DAMOUR GUNN, | No. 2:20-cv-2232 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| R. OLMSTEAD, et al., | |
| Defendants. | |

By order filed November 10, 2021, this court ordered plaintiff to complete and return within thirty days the paperwork necessary to effect service on defendant Garcia. ECF No. 16. The thirty-day period has now passed, and plaintiff has not provided the required paperwork or otherwise responded to the court's order. Plaintiff will be given one final opportunity to submit the necessary paperwork.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, plaintiff shall submit (1) a completed Notice of Submission of Documents, (2) one completed summons, (3) one completed USM-285 form for defendant Garcia, and (4) two copies of the endorsed first amended complaint. Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: December 17, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE