UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUMINTRIUS DAMOUR GUNN, | No. 2:20-cv-2232 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| R. OLMSTEAD, et al., | |
| Defendants. | |

By order filed November 10, 2021, this court ordered plaintiff to complete and return the paperwork necessary to effect service on defendant Garcia.  ECF No. 16.  After the thirty-day deadline passed without a response, plaintiff was given an additional fourteen days to return the required paperwork and he was warned that failure to do so would result in a recommendation that this action be dismissed without further warning.  ECF No. 17.  The fourteen-day period has now passed, and plaintiff has not provided the required paperwork or otherwise responded to the court's order.  Accordingly, no defendant has been served.[1]  It further appears that plaintiff has abandoned his case.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

---

[1] The undersigned previously recommended that all other defendants be dismissed, ECF No. 16, and those findings and recommendations have since been adopted in full.  ECF No. 18.

1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 13, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE